# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO, <br><br> Defendants. | Case No. 1:24-CV-01689 <br><br> HON. ANDREA R. WOOD |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.17, Yasavin Nandish Wijetilleke of the Bayramoglu Law Offices, LLC hereby moves to withdraw as counsel for Plaintiff Hong Kong Leyuzhen Technology Co., Ltd. ("Plaintiff") and respectfully requests the Clerk of the Court remove Yasavin Nandish Wijetilleke from the CM/ECF service list for this action. Plaintiff will continue to be represented by Shawn A. Mangano, Gokalp Bayramoglu, Nihat Deniz Bayramoglu, and Joseph Droter of Bayramoglu Law Offices, LLC.

DATED: August 26, 2024

Respectfully submitted,

By: */s/ Yasavin Nandish Wijetilleke*
Yasavin Nandish Wijetilleke (CO Bar No.47569)
Nihat Deniz Bayramoglu (NV Bar No. 14030)
Gokalp Bayramoglu (NV Bar No. 15500)
Shawn Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 | Fax: (702) 553-3404
nandish@bayramoglu-legal.com
shawnmangano@bayramoglu-legal.com
deniz@bayramoglu-legal.com
gokalp@bayramoglu-legal.com
Attorneys for Plaintiff