# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO., LTD., | Case No. 1:24-CV-01689 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | **HON. ANDREA R. WOOD** |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO, | HEARING DATE: August 28, 2024<br>HEARING TIME: 11:15 AM CT |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, hereby certify under the penalty of perjury under the laws of the United States that on August 13, 2024, I served the following documents via electronic mail on all Defendants at the addresses provided by the third-party platform. Attached herewith is a true and correct copy of the service email.

1. Plaintiff's Motion for Preliminary Injunction with Supporting Documents.

DATED: August 28, 2024

Respectfully submitted,

By: */s/ Joseph W. Droter*
Joseph W. Droter (IL Bar No.
Shawn Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 | Fax: (702) 553-3404
joseph@bayramoglu-legal.com
shawnmangano@bayramoglu-legal.com
*Attorneys for Plaintiff*

Re: E-SERVICE OF COMPLAINT, SUMMONS AND TRO in N.D. IL. Case No. 1:24-cv-01689 Hong Kong Leyuzhen Technology Co Ltd. v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule "A" ...

Joseph Droter <Joseph@bayramoglu-legal.com>
Wed 8/14/2024 12:10 AM

To:BLO copyright <copyrightR@bayramoglu-legal.com>
Cc:Litigation <litigation@bayramoglu-legal.com>

📎 1 attachments (2 MB)
33.pdf;

Please see attached motion to enter preliminary injunction.


Best regards,





---

**From:** Joseph Droter
**Sent:** Tuesday, August 13, 2024 4:00 PM
**To:** BLO copyright <copyrightR@bayramoglu-legal.com>
**Cc:** Litigation <litigation@bayramoglu-legal.com>
**Subject:** E-SERVICE OF COMPLAINT, SUMMONS AND TRO in N.D. IL. Case No. 1:24-cv-01689 Hong Kong Leyuzhen Technology Co Ltd. v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule "A" Hereto

To Whom It May Concern,

We represent Plaintiff in the above-referenced case filed in the United States District Court for the Northern District of Illinois, Eastern Division. We are writing because you have been named as a Defendant in this case.

Pursuant to the court's order, you are being electronically served the Summons, Complaint, and Temporary Restraining Order issued in the above-referenced case. Please find the Complaint, Summons and TRO attached.

Please read the Summons carefully and follow its directions to respond to the Complaint. Any answer or other response to the Complaint should be filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division **within twenty-one (21) days**, and served on Plaintiff's attorney. If

no appearance or pleading is filed, the Court may render a default judgment against you for the relief demanded in the complaint.

You may also find copies of the case related documents and notices here:
https://blointernetenforcement.com/1%3A24-cv-01689



BLO Internet Enforcement
blointernetenforcement.com

Please direct all inquiries to CopyrightR@bayramoglu-legal.com.

Best regards,

JOSEPH DROTER
Associate Attorney

Admissions: Illinois

1540 West Warm Springs Road, Suite 100,
Henderson, NV 89014
(702) 462-5973
www.bayramoglu-legal.com

Bayramoglu Law

EVERY PERSON WHO
WALKS THROUGH
OUR DOOR IS
IMPORTANT TO US