IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Hong Kong Leyuzhen Technology Co. Limited,<br><br>Plaintiff,<br><br>v.<br><br>The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A Hereto<br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-1689<br><br>Honorable Judge Andrea R. Wood<br><br>Magistrate Jeffrey Cole |

**DEFENDANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, AttireArt, CJYCYY, CurvyChicBoutique, viviFashion, jiayingfushi, Nimanya, OUZINUO, SkyTrade, SZCHENHONG, XHP, KAILINNA, kongnilan, MGclothing, Newspeed, Plus size Stephanie, YuweiPlus, yifang, Firstclothing, Huishangying clothing, Loretta Boutique clothing, MUXIXIA, two years, WFUW, ZVPC, (collectively, "Defendants")[1], hereby move – unopposed – for a thirty (30) days extension of time, or until October 3, 2024, in which to answer or otherwise plead in the above-captioned case. In support of this motion, the Defendants state as follows:

1. On Feb. 28, 2024, Plaintiff filed its complaint in the above-captioned action. (Dkt. 1.)

2. On July 12, 2024, Plaintiff filed its first amended complaint in the above-captioned action. (Dkt. 24.)

---
[1] Defendants 14, 24, 29, 51, 52, 66, 68, 75, 76, 85, 114, 115, 120, 124, 128, 135, 136, 152, 153, 161, 167, 178, 180, and 188 in Schedule A to the First Amended Complaint.

3. Plaintiff's Summons were issued on August 7, 2024, and returned executed and entered on August 13, 2024.

4. Accordingly, Defendants' answers are due on September 3, 2024.

5. Defendants require additional time to engage in settlement discussion with Plaintiff, or if not, respond to Plaintiff's Complaint.

6. Defendants respectfully request that this Court extends the date 30 days from the original due date on which Defendants must respond to Plaintiff's First Amended Complaint, if ultimately necessary, to October 3, 2024.

7. On August 29, 2024, Defendants contacted the Plaintiff and requested its consent on this 30-day extension.

8. Plaintiff indicated that it has no objection to this request.

Defendants respectfully move that this Court extend the time by which they must answer or otherwise plead in the above-captioned case by thirty (30) days to October 3, 2024.

Respectfully submitted,

Dated on this 30th day of August, 2024.

/s/ Zhangyuan Ji_____
Zhangyuan Ji
(ILND Bar No. 6336107)
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
ellen@archlakelaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies on August 30, 2024 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

/s/ Zhangyuan Ji_____
Zhangyuan Ji
(ILND Bar No. 6336107)
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
ellen@archlakelaw.com

*Attorneys for Defendants*