UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Hong Kong Leyuzhen Technology Co. Limited, et al.
                                        Plaintiff,

v.                                             Case No.: 1:24−cv−01689

                                            Honorable Andrea R. Wood

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified in Schedule A Hereto

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 3, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Defendants AttireArt, CJYCYY, CurvyChicBoutique, viviFashion, jiayingfushi, Nimanya, OUZINUO, SkyTrade, SZCHENHONG, XHP, KAILINNA, kongnilan, MGclothing, Newspeed, Plus size Stephanie, YuweiPlus, yifang, Firstclothing, Huishangying clothing, Loretta Boutique clothing, MUXIXIA, two years, WFUW, and ZVPC's unopposed first motion for extension of time to answer or otherwise plead [43] is granted. The listed Defendants shall answer or otherwise respond to Plaintiff's complaint by 10/3/2024. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.