IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>Defendants. | Case No. 1:24-cv-01689-ARW-JC<br><br>Honorable Judge Andrea R. Wood<br><br>Magistrate Jeffrey Cole |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO DEFENDANT NUMBERS 1, 3, 16, 27, 31, 35, 36, 43, 48, 49, 57, 79, 90, 93, 97, 110, 129, 149, 156, 163, 172, 176, 179 and 186 WITH PREJUDICE**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hong Kong Leyuzhen Technology Co. Limited, voluntarily dismisses *only* Defendants; number 1 AAASIZE, number 3 AETOSK, number 16 behappy, number 27 cocomy, number 31 Daiyiou Clothing, number 35 Dqi, number 36 Elegant and stylish plus size, number 43 Fioreiia, number 48 HUAJINF, number 49 Huangsibian, number 57 LEISURE TRENDS, number 79 TWFU, number 90 YiKeEr, number 93 YMPL, number 97 YUJIAFUSHI 110 Guangzhou Time Lane Clothing, number 129 RALNBOW, number 149 Elegantlady, number 156 JEVONS, number 163 MMZfashion number 172 RSDZSW, number 176 Tralook, number 179 Woderow and number 186 YuJunXiFuShi as listed on Schedule "A" to the Complaint with prejudice.

1

NOTICE OF VOLUNTARY DISMISSAL ONLY         CASE NO. 1:24-cv-01689-ARW-JC
AS TO CERTAIN DEFENDANTS

DATED: September 15, 2024        Respectfully submitted,

By: <u>*/s/ Shawn A. Mangano*</u>
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Notice of this filing is provided to unrepresented parties for whom contact information has been provided via email and by posting the filing on a URL contained on our website http://blointernetenforcement.com, and distributed to ecommerce platform, Temu.

By: */s/ Shawn A. Mangano*
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com
*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL ONLY        CASE NO. 1:24-cv-01689-ARW-JC
AS TO CERTAIN DEFENDANTS