IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Hong Kong Leyuzhen Technology Ltd., | |
| Plaintiff, | Case No. 1:24-cv-01689 |
| v. | Honorable Judge Andrea R. Wood |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO, | Magistrate Jeffrey Cole |
| Defendants. | |

**DEFENDANTS' ANSWER AND COUNTERCLAIMS**

Defendants AS A PAINTER, CBS, Curvy, MidandOldLife, Yishang Type, ENVEMOUR, HAIMENGFUSHI, Two Red, and ShiJu (collectively, "Defendants") respectfully file their answer to Plaintiff Hong Kong Leyuzhen Technology Ltd.'s First Amended Complaint (Dkt. No. 24) by paragraph numbers as follows:

**NATURE OF THE ACTION**

1. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny them. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

2. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny them. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

3. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny them. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

1

## JURISDICTION AND VENUE

4. To the extent the allegations in this paragraph are directed towards Defendants, Defendants admit that subject matter jurisdiction is proper under 28 U.S.C. §§ 1331 and 1338(a)-(b). Defendants further admit that Plaintiff's complaint purports to arise under 17 U.S.C. § 501 *et seq*. However, Defendants deny that Plaintiff is entitled to any such relief.

5. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny them. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

6. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny them. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

7. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny them. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

8. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny them. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

## THE PARTIES

9. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny them. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

10. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny them. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

11. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny them. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

12. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny them. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

13. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny them. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

14. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny them. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

15. To the extent the allegations in this paragraph are directed towards Defendants, Defendants admit that they reside in the People's Republic of China and own and operate one or more Temu stores identified in Schedule A. Except as so admitted, Defendants deny the remaining allegations in paragraph 15.

16. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny them. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

**DEFENDANTS' UNLAWFUL CONDUCT**

17. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

18. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

19. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

20. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

21. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

22. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

23. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

24. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

25. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

26. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

27. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

28. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

29. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

30. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

31. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

32. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

33. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

34. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

## COUNT I

## **COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 101, et seq.)**
**[Against Defendants Designated in Schedule A]**

35. Defendants incorporate the preceding paragraphs of this Answer by reference.

36. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

37. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

45. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

46. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

47. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

48. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

49. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

50. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

51. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

52. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

## COUNT II

### FALSE DESGNATION OF ORIGIN (15 U.S.C. §§ 1125(a))
### [Against Defendants Designated in Schedule A]

53. Defendants incorporate the preceding paragraphs of this Answer by reference.

54. Denied.

55. Denied.

56. Denied.

57. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

## COUNT III

### VIOLATION OF ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT
### (815 ILCS § 510/1, et seq.)
### [Against Defendants Designated in Schedule A]

58. Defendants incorporate the preceding paragraphs of this Answer by reference.

59. Denied.

60. Denied.

61. To the extent the allegations in this paragraph are directed towards Defendants, Defendants deny those allegations. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations and therefore deny them.

## PRAYER FOR RELIEF

Defendants deny Plaintiff's prayer for relief in its entirety. Plaintiff is not entitled to any of the relief requested by Plaintiff in its Complaint.

## AFFIRMATIVE DEFENSES

By way of further Answer and as affirmative defenses, Defendants deny that they are liable to Plaintiff on any of the claims alleged and deny that Plaintiff is entitled to damages, treble or punitive, equitable relief, attorneys' fees, costs, pre-judgement interest or to any relief whatsoever, and states as follows:

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1. The Complaint, on one or more counts set forth therein, fails to state a claim upon which relief can be granted as Defendants have not infringed as lacking substantial similarity between the Asserted Brand Copyrights and the Accused Products.

### SECOND AFFIRMATIVE DEFENSE
### (Non-Infringement)

2. Defendants have not infringed any applicable copyright under federal law for the same reasons.

### THIRD AFFIRMATIVE DEFENSE
### (Fair Use)

3. The claims made in the Complaint are barred, in whole or in part, by the doctrines of fair use.

### FOURTH AFFIRMATIVE DEFENSE

9

**(No Injunctive Relief)**

4. Plaintiff's demand to enjoin Defendants by injunctive relief is barred, as Plaintiff suffered neither harm nor irreparable harm from Defendants' actions.

**FIFTH AFFIRMATIVE DEFENSE**
**(Defendants Acted in Good Faith)**

5. Plaintiff's Complaint, on one or more counts set forth therein, is barred because Defendants acted at all times in good faith and did not directly or indirectly induce any act or omission alleged to constitute a violation of any laws, statutes, rules, regulations, contracts, or agreements.

**SIXTH AFFIRMATIVE DEFENSE**
**(Copyright Misuse)**

6. The claim made in the Complaint is barred, in whole or in part, because Plaintiff's use of the copyright to secure an exclusive right or limited monopoly not granted by the Copyright Act.

**SEVENTH AFFIRMATIVE DEFENSE**
**(No Causation)**

7. Plaintiff's Complaint, on one or more counts set forth therein, is barred because no act or omission by Defendants was the cause of any of the alleged damages in the Complaint.

**ADDITIONAL DEFENSES**

Defendants reserve the right to assert additional affirmative defenses based on information learned or obtained during discovery.

**COUNTERCLAIM**

Pursuant to Rule 13 of the Federal Rules of Civil Procedure, Defendants file this counterclaim against Plaintiff and allege:

**PARTIES**

1. Defendant AS A PAINTER store is a business entity that is organized under the laws of, and headquartered in, China.

2. Defendant CBS store is a business entity that is organized under the laws of, and headquartered in, China.

3. Defendant Curvy store is a business entity that is organized under the laws of, and headquartered in, China.

4. Defendant MidandOldLife store is a business entity that is organized under the laws of, and headquartered in, China.

5. Defendant Yishang Type store is a business entity that is organized under the laws of, and headquartered in, China.

6. Defendant ENVEMOUR store is a business entity that is organized under the laws of, and headquartered in, China.

7. Defendant HAIMENGFUSHI store is a business entity that is organized under the laws of, and headquartered in, China.

8. Defendant Two Red store is a business entity that is organized under the laws of, and headquartered in, China.

9. Defendant ShiJu store is a business entity that is organized under the laws of, and headquartered in, China.

**JURISDICTION AND VENUE**

10. The Counterclaim is an action arising under, and this Court has jurisdiction pursuant to, 28 U.S.C. §§1331, 1338 and 28 U.S.C. §§ 2201 *et seq.*

11. Defendants seek to obtain a judgment declaring that they do not infringe U.S. Copyright Registration No. Nos. VA0002379907, VA0002379894, VA0002379930 (the "Asserted Brand Copyrights").

12. An actual, substantial, and continuing justiciable controversy exists between Plaintiff and Defendants.

13. Because Plaintiff has filed this lawsuit against Defendants, Defendants have standing to file these counterclaims for declaratory judgments of non-infringement of the Asserted Brand Copyrights.

## FACTUAL BACKGROUND

14. Plaintiff purports to be the legal owner and author of United States Copyright Registration Nos. VA0002379907, VA0002379894, VA0002379930 (the "Asserted Brand Copyrights"). The Asserted Brand Copyright is for images and 3-D artwork embodied in Plaintiff's brand product line of women's apparel.

15. The Asserted Brand Copyrights are three groups of published photographs, allegedly created in 2022 and 2023. The articles of clothing in the published photographs are uncopyrightable.

16. Plaintiff has accused Defendants' listings of infringement.

17. Defendants do not infringe the Asserted Brand Copyrights as it lacks any similarity to Plaintiff's Asserted Brand Copyrights due to the pose of the models, the style of background, the colors of clothing, the shade and contraction of the photographs.

## COUNT I – NON-INFRINGEMENT

18. Defendants incorporate by reference the preceding paragraphs of these counterclaims as if fully set forth herein.

12

19. The Accused Products do not infringe the Asserted Brand Copyrights as they are not similar to the Asserted Brand Copyrights.

20. Defendants has not committed any actual copyright infringement of the Asserted Brand Copyrights.

21. As a result of the acts described in the forgoing paragraphs, there exists an actual and justiciable controversy of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

22. Defendants seek a judicial determination and declaration of the respective rights and duties of the parties based on Defendants' contentions as set forth in the paragraphs above. Such determination and declaration are necessary and appropriate so that the parties may ascertain their respective rights and duties regarding the non-infringement of the Asserted Brand Copyrights.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendants pray the Court for judgment as follows:

A. Judgment be entered in favor of Defendants and against Plaintiff on each and every count of the Complaint and on each and every count of the Counterclaims;

B. That judgment be entered declaring that Defendants have not infringed the Asserted Brand Copyrights;

C. That judgment be entered declaring that Plaintiff is not entitled to injunctive relief, money damages, costs, attorneys' fees, or any other remedy for any alleged infringement by Defendants;

D. A permanent injunction against Plaintiff so that it is prohibited from misrepresenting or filing infringement claims of the Asserted Brand Copyrights against Defendants with Temu or any other marketplaces.

E. For an award to Defendants of their reasonable attorneys' fees and costs as permitted by law; and

F. Such other relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendants hereby demand a trial by jury on all issues that are triable of right to a jury in this action.

Dated: October 29, 2024

Respectfully submitted,

*/s/ Timothy T. Wang*
Timothy T. Wang
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill, Ste. 615
Dallas, TX 75231
Telephone: (972) 331-4603
Fax: (972) 314-0900
twang@nilawfirm.com

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

On October 29, 2024, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF System which will send notification of said filing to all counsel of record.

*/s/ Timothy T. Wang*
Timothy T. Wang